AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**PAULETTA ANNE JACKSON**
**DOB:** 5-23-1959
**PDID:**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   January 6, 2006   in   Washington, D.C.   county, in the _____ District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully did acquire or obtain possession of a schedule II controlled substance, to wit, Oxycodone by misrepresentation, fraud, deception or subterfuge.

**See Attached Affidavit**

in violation of Title   21   United States Code, Section(s)   843 (a)(3)

I further state that I am __ Detective Glenn A. Kline  d that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Vincent Caputy  (202) 514-6972
Sworn to before me and subscribed in my presence,

Signature of Complainant
Glenn A. Kline, Detective
Narcotics and Special Investigations Division
Metropolitan Police Department

_____   at   Washington, D.C.
Date                                                         City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A UNITED STATES DISTRICT COURT ARREST WARRANT FOR PAULETTA ANNE JACKSON, B/F, DOB: xxx, SS#xxxxx. FOR VIOLATION OF TITLE 21 UNITED STATES CODE 843 (a) (3).

      The affiant is a member of the Metropolitan Police Department, Narcotics and Special Investigations Division with the responsibility to enforce the Narcotic Laws of the United States and the District of Columbia. The affiant investigates violations involving the diversion of licit drugs to the illicit markets. These investigations have included physicians, nurses, pharmacists and patients who have illegally prescribed, dispensed or obtained controlled substances by fraud, forgery, misrepresentation and deception.

      On January 9, 2006, your affiant received information of controlled prescription drugs missing from xxxxxxxxxxxx, Northwest, Washington, DC (The Washington Home and Hospice Health Care) The Director of Nursing reported that sixty oxycodone tablets were delivered to the home and signed for by Nurse Pauletta Jackson.

      On January 8, 2006, Registered Nurse Pauletta Jackson was working as the Night Nursing Supervisor at the Washington Home. When Neighborcare Pharmacy delivered sixty tables of 5mg oxycodone (a schedule II controlled substance with the high potential for abuse) Ms. Jackson signed the Neighborcare Pharmacy receipt and took control of the drugs. Ms. Jackson was suppose to record and lock the controlled drugs in the medicine cart on the floor that was assigned to the patient. The drugs never made it to the medicine cart.

      On January 9, 2006, Ms. Jackson made different statements to the on coming shift Nurses about the missing narcotics, (1) that the 5mg oxycodone had never been delivered, (2) that she had put the narcotics a desk drawer in the nurse's office, (3) that she didn't remember where she laid the narcotics, and (4) she made no mention of the narcotics in her week-end report of all significant occurrences. (Verbally or in writing).

      On January 9, 2006, Ms. Jackson was given a urinalysis that came back positive for Oxycodone. Based on the facts, along with the events contained herein it is the belief of the affiant that on January 8, 2006, Registered Nurse Pauletta Jackson did acquire or obtain possession of a schedule II controlled substance, to wit, Oxycodone by misrepresentation, fraud, deception or subterfuge

in violation of 21 USC 843 (a)(3). It is respectfully requested that an arrest warrant be issued for Pauletta Jackson (described above) charging said violation.

_____
Glenn A. Kline
Narcotics and Special Investigations Division
Metropolitan Police Department

Sworn and subscribed before me this _____ day of February, 2007.

_____
United States Magistrate Judge
District of Columbia