# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.

PAULETTA ANNE JACKSON

**WARRANT FOR ARREST**

CASE NUMBER: 07-069-M-01

FILED
MAR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PAULETTA ANNE JACKSON___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully did acquire or obtain possession of a schedule II controlled substance, to wit, Oxycodone by misrepresentation, fraud, deception or subterfuge

in violation of Title __21__ United States Code, Section(s) _843 (a)(3)_ .

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 28 2007 District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _REPORTING_

| DATE RECEIVED<br>2-28-07 | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER<br>[signature] Baldwin |
|---|---|---|
| DATE OF ARREST<br>3-26-07 | | |