**FILED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 07-69m

2007 FDC 006830  File Date: 03/24/2007

UNITED STATES Vs. PAULETTA A JACKSON

aka

PDID #: **521885**

Lock up number: **12**

No Bond

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES
No. 07-069-M-01

USL 12

TOT

P.D.I.D. No. 521 885

Vs.

Pauletta Jackson _____ (Defendant)

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 3/26/07 _____.

COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 3/26/07

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: Pauletta Jackson

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 3/24/07                   _____
                                JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                                    TOT
No. 07-069-M-01

Vs.                                                              P.D.I.D. No. 521 885

Pauletta Jackson    (Defendant)

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 3/26/07

**COMMITMENT/RELEASE**

☒ NO BOND
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 3/26/07

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____
Address: _____
Telephone No. _____

DEFENDANT'S NAME: Pauletta Jackson
Address: _____
Telephone No. _____
DEFENDANT'S SIGNATURE: _____

DATE: 3/24/07                                    _____
                                                 JUDICIAL OFFICER PRESIDING

white-court              yellow-usao              Pink-defense

CD-3026/Mar. 03

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No. 07-069-M-01      USC/12      TOT

Vs.                                P.D.I.D. No. 521 885

Pauletta Jackson _____ (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 3/26/07 _____.

### COMMITMENT/RELEASE

(X) NO BOND  
[ ] BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 3/26/07 _____

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: Pauletta Jackson __

Address: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 3/24/07              _____  
                           JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

PAULETTA ANNE JACKSON
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-069-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 6, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully did acquire or obtain possession of a schedule II controlled substance, to wit, Oxycodone by misrepresentation, fraud, deception or subterfuge.

**See Attached Affidavit**

in violation of Title __21__ United States Code, Section(s) __843 (a)(3)__

I further state that I am __Detective Glenn A. Kline__ d that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Signature of Complainant_
Glenn A. Kline, Detective
Narcotics and Special Investigations Division
Metropolitan Police Department

AUSA, Vincent Caputy (202) 514-6972
Sworn to before me and subscribed in my presence,

FEB 28 2007
Date

at __Washington, D.C.__
City and State

ALAN KAY
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer    Signature of Judicial Officer

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

PAULETTA ANNE JACKSON
DOB:

**WARRANT FOR ARREST**

CASE NUMBER: 07-069-M-01

*INVESTIGATE COPY ONLY*
*US MARSHALL RM*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   PAULETTA ANNE JACKSON
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully did acquire or obtain possession of a schedule II controlled substance, to wit, Oxycodone by misrepresentation, fraud, deception or subterfuge

in violation of Title __21__ United States Code, Section(s) _843 (a)(3)_ .

ALAN KAY                              ALAN KAY
U.S. MAGISTRATE JUDGE                 U.S. MAGISTRATE JUDGE

Name of Issuing Officer               Title of Issuing Officer

                                      FEB 28 2007  District of Columbia

Signature of Issuing Officer          Date and Location

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| v. | : | Magistrate Judge |
| PAULETTA JACKSON | : | Presentment |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court shall hold a detention hearing in cases that involve INSERT APPLICABLE LANGUAGE HERE [a crime of

violence, cite 3142(1)(f)(A)[1]] [a controlled substance offense for which the maximum penalty is ten years or more, cite 3142(1)(f)(B)], [ a case in which a person has been previously convicted of two or more offenses involving [crimes of violence, drugs, cite 3142(1)(f)(D). [ a case that involves a serious risk that the person will flee cite 3142(1)(f)((2)(A) or obstruct justice cite 3142(1)(f)(2)(B).] and [in cases which are not otherwise crimes of violence in which the defendant is charged with use or possession of a firearm or which involve a minor child victim, cite 3142(1)(f)(2)(E). [2]

In the instant case the defendant is INSERT APPROPRIATE LANGUAGE HERE [charged with......] [a serious risk of flight] etc. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

BY: _____
      PATRICIA KING MCBRIDE, AUSA
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

---

[1] A crime of violence is defined by 18 U.S.C. § 3156 is an offense that involves the use, attempted use, threatened use of force, or any felony under Chapters 109A, 110 or 117. [for child on-line cases list code site ]is an offense listed in Chapter 117.

[2] This provision was added in the amendments to Section 3142 contained in the Adam Walsh Child Protection and Safety Act of 2006, which went in to effect on July 27, 2006.

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 24TH day of MARCH, 200 7.

> PATRICIA KING MCBRIDE
> Assistant United States Attorney



# D. C. PRETRIAL SERVICES AGENCY
## Pretrial Services Report
### United States vs. PAULETTA ANNE JACKSON

DOB: 5/23/1958
PDID: 521885

**Lockup #:** 012

**File Date:** 03/24/2007                              **Docket Number:**
**Lockup Date:** 3/24/2007                            PSA Case #: 07083924
**Date Prepared:**   3/24/2007
**Date Printed:**    3/24/2007

### Charge(s)
Obtain Controlled Substance by Fraud

**Detention Eligibility and/or Administrative Procedures**

According to information available to the D.C. Pretrial Services Agency, the following applies:

§23-1322(b)(1)(A) – Defendant has been charged with a dangerous crime or a violent crime.

**Recommendations**

PSA General Supervision for Superior Court (SC)

Release Conditions:

1. Report to Pretrial Services Agency (PSA) room C-220 for evaluation and if positive program placement by PSA.
2. Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report in person.
3. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

### Criminal History

**Last complete record check conducted on:** 03/24/2007

### Prior Conviction(s)

**File Date:** 8/30/2000                    **Docket Number:** CR01-000093

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Obtain Controlled Substance by Fraud | Time Served | 3/2/2005 |
| | Probation 4 Years Supervised / Court Cost: $100.00 / Revoked | 8/16/2001 |

**Arrest Date:** 05/19/1998
**Jurisdiction:** Maryland
**City/County:** Montgomery County
**Source:** NCIC

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Theft: Less $300 value | Incarceration Confinement: 30 Days / Probation: 30 Days Supervised | 07/09/1999 |

## Personal Background

**Community Ties**

**Place of Birth:** District of Columbia

**DC Area resident for:** 48 years

**Total Time in Area:** 48 years

**Marital Status:** Single

**Children:** Yes          **No. of Children:** 3

**Children living with Defendant:** 0

**Last Updated Date:** 03/24/2007
**Verified:** No

**Verification**   PSA was unable to verify the defendant's information due to no references being provided.

| Relatives Living With Defendant: | Relatives Not Living With Defendant: |
|---|---|
| None | None |

## Address Information

**Current Address:**
**Address Type:** Apartment
**Lives With:** Alone
**Length at Residence:** 5 months          **Last Stayed:** 03/23/2007
**Last Updated Date:** 03/24/2007
**Verified:** No

**Prior Address:**
**Address Type:** Shelter
**Lives With:**
**Length at Residence:** 1 year            **Last Stayed:** 11/24/2006
**Last Updated Date:** 03/24/2007
**Verified:** No

### Employment Information

**Status:** Current

**Employment Status:** Employed

**Employer Name:** Barnes & Noble
Washington, D.C.

**Occupation:** Sales

**Length:** 2 weeks  **Frequency:** Part Time

**Last Updated Date:** 03/24/2007

**Verified:** No

**Status:** Prior

**Employment Status:** Employed

**Employer Name:** Washington Home
Washington, D.C.

**Occupation:** Nursing Supervisor

**Length:** 1 year  **Frequency:** Full-Time

**Last Updated Date:** 03/24/2007

**Verified:** No

### Education Information

**Education Level:** Bachelor of Sciences

### Health Information

No health information is available.

### Substance Abuse Information

**Self Reported:**
Prior Substance use indicated.

**Last Updated Date:** 03/24/2007

**Drug Test:**
Drug Test Results Pending

**Prepared By:** Irene Wyche       **Prepared Date:** 3/24/2007