UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-0069 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **PAULETTA JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Perham Gorji**, at telephone number **(202) 353-8822** and/or email address **perham.gorji@usdoj.gov**. **Perham Gorji**, will substitute for Assistant United States Attorney **Michael Truscott**, as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

**Perham Gorji**
**Assistant United States Attorney**
**Delaware Bar No. 3737**
**Federal Major Crimes**
**555 4th Street, NW, Room 4233**
**Washington, DC 20530**
**(202) 353-8822**